**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

JAMES P. GRANGER — CIVIL ACTION

VERSUS — NUMBER: 14-0045

ODYSSEA VESSELS, INC., APACHE CORPORATION, and W & T OFFSHORE, INC. — SECTION: "C" 5

**J U D G M E N T**

In accordance with the Court's Opinion herein, record document number 52,

**IT IS ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of plaintiff Joni Hawkins, as Personal Representative of the estate of James P. Granger, and against defendant Odyssea Marine, Inc. in the amount of $59,500.00.

Further considering the Court having dismissed plaintiff's claims against defendants Odyssea Vessels, Inc. and Apache Corporation at the trial in this matter held on 03/16/2015; accordingly,

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that there be judgment in favor of defendants Odyssea Vessels, Inc. and Apache Corporation and against plaintiff Joni Hawkins, as Personal Representative of the estate of James P. Granger, dismissing plaintiff's complaint against said defendants with prejudice.

Further considering the Notice of Voluntary Dismissal filed by the plaintiff, record document number 5,

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that plaintiff's claims against W & T Offshore, Inc. are hereby dismissed without prejudice.

New Orleans, Louisiana, this 19th day of June 2015.

HELEN G. BERRIGAN
UNITED STATES DISTRICT JUDGE